Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____ Division

| | |
|---|---|
| Stephanie Jones | Case No. 3:23cv323-TJC-MCR |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | |
| Charlene Phillips | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Stephanie Jones | | |
| Address | 9802 Baymeadows rd | | |
| | Jacksonville | FL | 32256 |
| | *City* | *State* | *Zip Code* |
| County | Duval | | |
| Telephone Number | 904-855-5060 | | |
| E-Mail Address | | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Charlene Phillips | | |
| Job or Title *(if known)* | Florida Department of Corrections | | |
| Address | 921 N Davis Street | | |
| | Jacksonville | FL | 32209 |
| | *City* | *State* | *Zip Code* |
| County | Duval | | |
| Telephone Number | 904-563-6044 | | |
| E-Mail Address *(if known)* | charlene.phillips@fdc.myflorida.com | | |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                                 *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                                   *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Defendant violated Plaintiff civil rights by entering a private residence without reasonable suspicion.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
March 17, 2023 @ 1:43pm

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Defendant came to a private residence with two unknow other people who will be added to the law suit.

Defendant deprived plaintiff of needed medical care, when plaintiff was clearly in medical distress. Defendant contunied abusive and aggressive behavior while in plaintiff residence. Defendant threathen to put plaintiff in handcuffs and be illegally detained to assert defandants power. Defendant did not offer or render any medical care to the plaintiff  or emotional support animal at any time. Defendant deprived Plaintiff to care for emotion support animal due to being threaten to sit down. Emotional support animal has injuries from being left outside of the residence while the illegal search was conducted of a private residence.

Defendant was verbally abusive and asserted aggression. And used unreasonable force, by contunuing to questions the plaintiff without offering or rendering any medical help as the plaintiff could not breath.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff is suffering from loss of sleep and nighmares currently.Plaintiff was unable to breath during the illegal search. Plaintfif was denied her emotion support animal and the time of the illegal search. Plaintiff is unable to function since March 17, 2023. Plaintiff is struggling  with day to day activities. Defendant has set off several triggers for the Plaintiff. The plaintiff is requesting all current and future medial bills be paid for plaintiff and plaintiff support animal for the next  180 days or under medical profession has clearned her for Maximun Medical Improvment (MMI) Plaintiff is including all currect and future medical bills for support animal as well.

Emotional support animal has injuries from being left outside of the residence while the illegal search was conducted of a private residence. Plaintiff was threated and denied acess to emotional support animal and defenant is aware of animal in the residence. The current and future bills of the support animal are included in the claim.

### V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff is requesting damages in the amont of $100,000 to cover current and future medial bills for plaintiff and plaintiff emotional support animal.

Plaintiff is suffering from loss of sleep and nighmares currently.Plaintiff was unable to breath during the illegal search. Plaintfif was denied her emotion support animal at the time of the illegal search

Plaintiff will motion the court for Defendant to submit all financial documets Plaintiff will motion the court to submit for leins to be placed on all personal property of the defendant. Not limited to bank accounts, garnishment of wages, and currect vehicel, and any real estate property to cover the damages caused by Defendant.

Plaintiff will motion to court to freeze all bank accounts and personal property until jury trial.
Plaintiff will motion to suspend all Florida Law Enforcement credidential until jury trial con clusion

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         03/20/2023

Signature of Plaintiff

Printed Name of Plaintiff     Stephanie Jones

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address